# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 05, 2011

Ms. Patricia L. McNutt
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130 Howard H. Baker, Jr. U.S. Courthouse
Knoxville, TN 37902-0000

      Re:  Case No. 10-5941, *Lois Davis v. Plateau Mental Health Center, et al*
           Originating Case No. : 07-00277

Dear Ms. McNutt;

  Enclosed is a copy of the mandate filed in this case.

                          Sincerely yours,

                          s/Patricia J. Elder
                          Senior Case Manager
                          Direct Dial No. 513-564-7034

cc:  Mr. Joshua Bachrach
      Mr. Brandon Bradshaw Cate
      Ms. Lois Irene Davis

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 10-5941

_____

Filed: July 05, 2011

LOIS IRENE DAVIS

    Plaintiff - Appellant

v.

PLATEAU MENTAL HEALTH CENTER; PLATEAU MENTAL HEALTH CENTER DISABILITY PLAN; EVELYN O. MOORE, Plan Administrator and Sponsor; PHOENIX AMERICAN LIFE INSURANCE COMPANY

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/09/2011 the mandate for this case hereby issues today.

COSTS: None